UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DANIEL CYRIAK (#216794)

VERSUS

WARDEN LENSING, ET AL.

CIVIL ACTION

NO. 06-707-D-M2

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated January 17, 2007 (doc. no. 4). The plaintiff has filed an objection which merely restates his prior arguments and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint is DISMISSED, without prejudice, for failure of the plaintiff to pay the Court's filing fee.

Baton Rouge, Louisiana, February 6, 2007.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA